## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

| | |
|---|---|
| FIRST NATIONAL BANK OF<br>PHILLIPS COUNTY, ET AL | PLAINTIFFS |
| vs.        NO. 2:03CV00038 JLH | |
| FORD MOTOR COMPANY | DEFENDANT |

### ORDER OF DISMISSAL

Having been notified by counsel for plaintiffs and counsel for defendant that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this  14th  day of November, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE